UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIA BALLESTAS and ) <br> MOISES HERNANDEZ, ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE HARTFORD AUTO GROUP, INC. ) <br> D/B/A BARBERINO MITSUBISHI-HARTFORD ) <br>    Defendant ) <br> _____ ) | CIVIL ACTION NO.: <br> 3:17-CV-00404-JBA <br><br><br><br><br><br><br><br> JANUARY 23, 2018 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Claudia Ballestas and Moises Hernandez, through their attorney, and the defendant, The Hartford Auto Group, Inc. d/b/a Barberino Mitsubishi-Hartford, through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

                                               PLAINTIFFS, CLAUDIA BALLESTAS AND
                                               MOISES HERNANDEZ

                                               By: /s/ *Daniel S. Blinn*
                                                    Daniel S. Blinn (ct02188)
                                                    dblinn@consumerlawgroup.com
                                                    Consumer Law Group, LLC
                                                    35 Cold Spring Rd. Suite 512
                                                    Rocky Hill, CT  06067
                                                    Tel. (860) 571-0408
                                                    Fax (860) 571-7457

DEFENDANT, THE HARTFORD AUTO
GROUP, INC. D/B/A BARBERINO
MITSUBISHI-HARTFORD

By: /s/ *John F. Conway*
    John F. Conway (ct04763)
    Loughlin FitzGerald, P.C.
    150 South Main Street
    Wallingford, CT 06492
    Tel.: (203) 265-2035
    Fax: (203) 269-3487
    jconway@lflaw.com

## CERTIFICATION

I hereby certify that on this 23rd day of January, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Daniel S. Blinn
    Daniel S. Blinn